**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELIAS MUNOZ RODRIGUEZ, ET AL.,**<br><br>Defendants. | **Case No. CV 10-03234-MCE-DAD**<br><br>**ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
*EX-PARTE* **APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

1  Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the
2  Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the
3  alternative, a Notice of Voluntary Dismissal as to defendants Elias Munoz Rodriguez and Rocio
4  Araceli Rodriguez, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated:  May 3, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE